UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY C. LOVE<br>5165 Joseph Street<br>Maple Heights, OH  44137<br><br>and<br><br>DUNJA BIGGINS<br>5059 Erwin Street<br>Maple Heights, OH  44137<br><br>and<br><br>BRANDON VASON<br>20000 McCracken Road<br>Maple Heights, OH  44137<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF CLEVELAND, OHIO<br>c/o Law Director, Robert Triozzi<br>Cleveland City Hall<br>601 Lakeside Avenue, Room 106<br>Cleveland, OH  44114<br><br>and<br><br>CALVIN WILLIAMS, CITY OF<br>CLEVELAND CHIEF OF POLICE<br>1300 Ontario Avenue<br>Cleveland, OH  44114<br><br>and | CASE NO.<br><br>JUDGE<br><br><br><br><br><br><br><br>**NOTICE OF MANUAL FILING DVD VIDEO AS EXHIBIT A TO PLAINTIFFS' COMPLAINT** |

| | |
|---|---|
| VINCENT MONTAGUE<br>c/o Calvin Williams, Chief of Police<br>1300 Ontario Avenue<br>Cleveland, OH  44114<br><br>   and<br><br>JOHN DOE CITY OF CLEVELAND<br>POLICE OFFICERS<br>c/o Calvin Williams, Chief of Police<br>1300 Ontario Avenue<br>Cleveland, OH  44114<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  Plaintiffs, by and through counsel, hereby give notice of the manual filing with the Clerk's Office of the DVD video as Exhibit A to Plaintiffs' Complaint.

DATED this 13th day of February 2014.

                 s/ Nicholas A. DiCello
                 NICHOLAS A. DICELLO (0075745)
                 MICHAEL A. HILL (0088130)
                 **SPANGENBERG SHIBLEY & LIBER LLP**
                 1001 Lakeside Avenue East, Suite 1700
                 Cleveland, OH  44114
                 (216) 696-3232
                 (216) 696-3924 (FAX)
                 *ndicello@spanglaw.com*
                 *mhill@spanglaw.com*

                 ***Counsel for Plaintiffs Gregory Love, Brandon Vason, and Dunja Biggins***